# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO DIVISION

| | |
|---|---|
| EMI BRUEMMER, | ) Case No.: 3:11-cv-02507-JSW |
| | ) |
| Plaintiff, | ) [PROPOSED] ORDER |
| | ) |
| v. | ) |
| | ) |
| BARNES, GIVENSKI & ASSOCIATES, LLC, | ) |
| | ) |
| Defendant. | ) |

## [PROPOSED] ORDER GRANTING STIPULATION TO DISMISS CASE WITH PREJUDICE

IT IS HEREBY ORDERED that the parties' joint Stipulation to Dismiss Case with Prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), is GRANTED. Accordingly, the above-captioned matter is hereby dismissed with prejudice, each side to bear their own fees and costs.

IT IS SO ORDERED

Dated: February 28, 2012

_____
The Honorable Judge
United States District Judge